IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | | |
|---|---|---|
| RUDOLPH G. MORRISON, | : | |
| Petitioner. | : | |
| VS. | : | |
| SONYA BRYANT, | : | NO. 1:14-CV-61 (WLS) |
| Respondent. | : | |
| | : | **O R D E R** |

Petitioner **RUDOLPH G. MORRISON** filed the habeas petition under 28 U.S.C. § 2254. In Order dated June 5, 2014, the United States Magistrate Judge directed Petitioner to supplement his petition and state: (1) any "collateral consequences" of his 2008 conviction, and (2) why this action is not barred by the statute of limitations (Doc. 5). Petitioner was given twenty-one (21) days to comply and advised that a failure to do so would result in the dismissal of this action.

Petitioner has failed timely to respond to this Court's June 5th Order. The instant action is therefore **DISMISSED WITHOUT PREJUDICE**. Reasonable jurists could not find that such dismissal of the instant action is debatable or wrong; Petitioner is thus also **DENIED** a Certificate of Appealability.

**SO ORDERED**, this  7th  day of July, 2014.

/s/ W. Louis Sands
W. LOUIS SANDS, JUDGE
UNITED STATES DISTRICT COURT